IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD BRINSKELE,

    Plaintiff,

v.

UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, and INTERNAL REVENUE SERVICE,

    Defendants.

No. C 12-04628 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: December 12, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE